# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| DEBBIE JAMERSON and<br>PAUL JAMERSON | PLAINTIFFS |
| v.   No. 4:11CV00568 JLH | |
| ZIMMER, INC.; ZIMMER HOLDINGS,<br>INC.; and ZIMMER ORTHOPAEDIC<br>SURGICAL PRODUCTS, INC. | DEFENDANTS |

## ORDER

The joint motion to stay is GRANTED. Document #7. This action is hereby stayed pending transfer to the Northern District of Illinois as part of multidistrict proceedings styled *In Re: Zimmer NexGen Knee Implant Products Liability Litigation*, MDL No. 2272.

IT IS SO ORDERED this 1st day of September, 2011.

/s/ J. Leon Holmes

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE